SHAY, Respondent, v. NORTHERN CENT. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Ella L. Shay against the Northern Central Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground of contributory negligence.

ROBSON, J., not sitting.